FILED
CLERK, U.S. DISTRICT COURT
APR 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY WEGNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 13-0634-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: April 14, 2014

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge